IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER L. JOFFER, | ) |
| | ) CASE NO.: CIV06-4265 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **DEFENDANT PREMIER** |
| PREMIER BANKCARD, INC.; HUMAN | ) **BANKCARD'S CORPORATE** |
| RESOURCES; SCOTT DOETZEL; TOM | ) **DISCLOSURE STATEMENT** |
| SCHMIDT, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 26.1.5 of the Local Rules of Practice for the United States District Court for the District Court of South Dakota, the named Defendant Premier Bankcard, Inc., by and through its undersigned counsel, files this Corporate Disclosure Statement and states that:

> The named Defendant "Premier Bankcard, Inc." is really "PREMIER Bankcard, L.L.C." which is a sister company of First PREMIER Bank, held under the holding company United National Corporation. All of said entities are privately held.

Dated this 22nd day of May, 2007.

PREMIER BANKCARD, INC., Defendant.

By: ____s/Thomas J. Von Wald____
Thomas J. Von Wald
Bangs, McCullen Law Firm
100 N. Phillips Avenue, Suite 610
P.O. Box 949
Sioux Falls, SD 57101-0949
Phone: (605) 339-6800
Fax: (605) 339-6801
tjvonwald@bangsmccullen.com

and

OM 12484.1

George E. Martin, III, #21747
Spencer Fane Britt & Browne LLP
9420 Underwood Avenue, Suite 200
Omaha, Nebraska 68114-6608
Phone: (402) 965-8600
Fax: (402) 965-8601
gmartin@spencerfane.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the United States District Court for the District of South Dakota, Southern Division, with notice of case activity generated and sent electronically this 22nd day of May, 2007 to:

Stephanie E. Pochop
Johnson Ecklund Law Firm
P.O. Box 149
Gregory, SD 57533
sechops@hotmail.com

s/Thomas J. Von Wald
Thomas J. Von Wald