Legal Mail

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

5000 DISTRICT45
FLORENCE SC 295
08 AUG 2008 PM 1 L

United States District Court
District of South Dakota
Clerk of Court
Fed Building & U.S. Courthouse
515 Ninth St,
Rapid City, SD 57701

57701032440