**CLERK'S OFFICE**
U.S. DISTRICT COURT
515 9TH ST, RM 302
P.O. BOX 6080
RAPID CITY, SD 57709-6080

OFFICIAL BUSINESS

RECEIVED

AUG 2 0 2008

LERK, US DISTRICT COURT
RAPID CITY, S. DAK.

Alphonse T. Persico
P.O. Box 133
Endicot          NIXIE        130   5E 1         06 08/18/08
                        RETURN TO SENDER
             NOT DELIVERABLE AS ADDRESSED
                     UNABLE TO FORWARD
             BC: 57709608080      *2495-07877-13-37

57709@6080

13761+0133 B001