UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**

SEP 29 2008

CLERK

| | | |
|---|---|---|
| JENNIFER L. JOFFER, | ) | CIV. 06-4265-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| PREMIER BANKCARD INC., | ) | |
| | ) | |
| Defendant. | ) | |

The parties jointly move to continue the deadlines in this matter. Good cause appearing, it is hereby

ORDERED that the joint motion (Docket #73) is granted as follows:

1. All discovery shall be completed by **November 21, 2008**.

2. All motions, other than motions in limine, shall be filed and served by **December 22, 2008.**

All other provisions of the court's scheduling order shall remain in effect.

Dated September 19, 2008.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**OFFICE OF THE CLERK**
ROOM 128
FEDERAL BLDG. & U.S. COURTHOUSE
**SIOUX FALLS, SOUTH DAKOTA 57104-6851**

OFFICIAL BUSINESS

SIOUX FALLS,

017H15512797

$00.420

09/19/2008

Mailed From 57104

US POSTAGE

RECEIVED

Alphonse T. Persico
P.O. Box 133
Endicott, NY 13760

NIXIE        130   CE 1        06 09/23/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 57104685129      *1035-02887-19-40

13761+0133-33 B001      57104@5851