UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER L. JOFFER, | ) | CIV. 06-4265-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| | ) | |
| PREMIER BANKCARD INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the unopposed motion to dismiss, it is hereby

ORDERED, ADJUDGED, AND DECREED that this case is dismissed upon the merits, with prejudice, and with each party to bear its own costs and fees.

Dated October 31, 2008.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE