UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
NOV 10 2008
CLERK

| | | |
|---|---|---|
| JENNIFER L. JOFFER, | ) | CIV. 06-4265-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| | ) | |
| PREMIER BANKCARD INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the unopposed motion to dismiss, it is hereby

ORDERED, ADJUDGED, AND DECREED that this case is dismissed

upon the merits, with prejudice, and with each party to bear its own costs and

fees.

Dated October 31, 2008.

BY THE COURT:

/s/ Karen E. Schreier
KAREN E. SCHREIER
CHIEF JUDGE

Case 4:06-cv-04265-KES   Document 85   Filed 11/10/08   Page 2 of 2 PageID #: 441

**UNITED STATES DISTRICT COURT**
DISTRICT OF SOUTH DAKOTA
OFFICE OF THE CLERK
ROOM 128
FEDERAL BLDG. & U.S. COURTHOUSE
**SIOUX FALLS, SOUTH DAKOTA 57104-6851**

OFFICIAL BUSINESS

017H15512797

HASLER

$0.42

11/03/2008

Mailed From 57104

US POSTAGE

Alphonse T. Persico
PO Box 133
Endicott, NY 13760

NIXIE         130    4E 1          84 11/07/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 57104685128      *2795-04125-03-44